# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1758

_____

United States of America

*Plaintiff - Appellee*

v.

Laquetta Hughes

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Waterloo

_____

Submitted: October 5, 2017
Filed: October 11, 2017
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Laquetta Hughes directly appeals the sentence the district court[1] imposed after she pled guilty to a firearm charge. Her counsel has moved for leave to withdraw,

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable. Hughes has filed a pro se brief, also arguing that her sentence is substantively unreasonable.

Having reviewed the record, we conclude that the district court did not impose a substantively unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions); <u>see also</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable). In addition, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal. Accordingly, the judgment is affirmed, and counsel is granted leave to withdraw.

_____